IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| Tuan Duc Nguyen | ) Criminal. No. 1:18-cr-0329 |
| **Defendant.** | ) |

## PRAECIPE

The Clerk will please issue 15 blank subpoenas for the above-styled matter which is currently scheduled for trial before the U.S. District Judge Liam O'Grady on 02-19-19 at 10:00 a.m.

Respectfully submitted,
Tuan Duc Nguyen
By Counsel

Counsel for the Defendant:

Cadence Mertz, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703)600-0800
(703)600-0880-fax

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:18-cr-0329 |
| Tuan Duc Nguyen | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square.<br>Alexandria, VA 22314 | Courtroom No.: | Judge O'Grady, CR 1000 |
|---|---|---|---|
| | | Date and Time: | 02-19-19, at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: Jan 9, 2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Tuan D. Nguyen

Cadence Mertz, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703)600-0800